No. 98–9784. SMITH v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–9786. SOUTHERLAND v. HEINE ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–9787. RASHED v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9789. MALLETT v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–9790. TERRY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9791. CASON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–9792. CHAPPELL v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 98–9794. BALLEK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9795. ALLEN v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 98–9798. MACALLISTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9799. MILLER v. UNITED STATES;
No. 98–9885. COBBS v. UNITED STATES; and
No. 98–9888. WALKER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 173 F. 3d 846.

No. 98–9800. MADEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9801. LOVELOCK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–9802. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9803. BROWN v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 7th Cir. Certiorari denied.